```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARICELA DONET, *individually and on behalf of all others similarly situated*, :
:
:
Plaintiff,  :      1:23-cv-1401-GHW
:
-against-  :      ORDER
:
WHOA DOUGH, LLC,  :
:
Defendant.  :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated February 22, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 23, 2023. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 22, 2023 order forthwith and in any event no later than May 26, 2023.

    SO ORDERED.

Dated: May 25, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge